**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAJON BURTON,<br><br>        Plaintiff,<br><br>   v.<br><br>MOYA, *et al.*,<br><br>        Defendants. | No. 1:25-cv-00131-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. 5) |

Dajon Burton is a state prisoner proceeding *pro se* in this civil rights case brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2025, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to obey court orders and failure to prosecute this action due to Plaintiff's failure to file a signed complaint or a notice of voluntary dismissal and his failure to submit a completed application to proceed *in forma pauperis* or pay the filing fee to proceed with this action. (Doc. 5.)  The Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).)  No objections have been filed, and the deadline to do so has now passed.

///

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Therefore, the Court **ORDERS**:

1. The findings and recommendations issued on March 24, 2025, (Doc. 5), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute.
3. The Clerk of the Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **April 27, 2025**

UNITED STATES DISTRICT JUDGE

2